Manuel J. Robbins and Bernard B. Shinderman, for appellant; Sidney J. and Arthur Wolf, for appellee; Sidney J. Wolf, of counsel. *Opinion by* JUSTICE BURKE. **Not to be published in full.** Opinion filed January 19, 1950; released for publication February 21, 1950.

## Elsie Pokorney, Appellee, v. William Pokorney, Appellant.

**Gen. No. 44,871.**

Maurice S. Weinzelbaum and Nathan M. Gomberg, for appellant; Irving S. Abrams, of counsel; Harold A. Pinckert, for appellee; G. A. Bosomburg, of counsel. *Opinion by* JUSTICE BURKE. **Not to be published in full.** Opinion filed January 19, 1950; rehearing denied February 8, 1950; released for publication February 21, 1950.